# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JULIE GOLLA, | § § | |
| PLAINTIFF/COUNTERCLAIM DEFENDANT, | § § § | |
| v. | § § | Case No. 4:20-cv-00071 |
| NOVO NORDISK INC., | § § § | |
| DEFENDANT/COUNTERCLAIM PLAINTIFF/THIRD-PARTY PLAINTIFF, | § § § § | |
| BIOMARIN PHARMACEUTICAL INC., | § § § § | |
| THIRD-PARTY DEFENDANT. | § | |

## **ORDER**

The Parties are hereby ordered to appear before the Court on Wednesday, March 4, 2020 at 9:00 a.m. for a hearing on Defendant/Counterclaim Plaintiff/Third-Party Plaintiff Novo Nordisk Inc.'s Motion for Preliminary Injunction.

SIGNED this ___ day of _____, 2020.

                                                                          _____
                                                                          DAVID HITTNER
                                                         United States District Judge